# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Duane Anthony Rogers,
aka Duane A Rogers, aka Dwayne Rogers,

**Debtor 1**

Chapter: 13

Case number: 1:24−bk−01727−HWV

Document Number: 9

Matter: Motion for Sale Free and Clear of Liens

Duane Anthony Rogers,
aka Duane A Rogers, aka Dwayne Rogers
**Movant(s)**

vs.

JACK N. ZAHAROPOULOS, ESQUIRE,
M&T BANK,
DAUPHIN COUNTY TAX CLAIM BUR.,
PROPERTY MANAGEMENT INC.
**Respondent(s)**

## Order

Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above−referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001−6. Service shall be made within seven (7) days from the date hereof and certification of service filed with this Court within fourteen (14) days from the date hereof.

**IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court, within fourteen (14) days from the service date of this Order. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: 8/27/24<br>Time: 09:30 AM |
|---|---|

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 23, 2024

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a

Case 1:24-bk-01727-HWV    Doc 10    Filed 07/23/24    Entered 07/23/24 15:32:41    Desc
Order Response and Hearing    Page 1 of 2

Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074–1.

Photo identification is required upon entering the Courthouse.

orreshrg(5/18)