# IMBLUM LAW OFFICES, P.C.

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

**4615 DERRY STREET**
**HARRISBURG, PA 17111**
**Telephone: 717-238-5250**
**Facsimile: 717-558-8990**
email: gary.imblum@imblumlaw.com

Gettysburg Telephone
717-337-0797
Lebanon Telephone
717-270-6989

July 25, 2024

## Via ECF Only

TO:     US BANKRUPTCY COURT - CLERK

RE:     Duane Anthony Rogers
        Chapter 13 Bankruptcy Case No. 1-24-01727

Dear Clerk:

Please be advised that the address for Duane Anthony Rogers has changed to the following:

145 Leonard Lane
Harrisburg, PA 17111

The Debtors previous address was as follows:

102 N. 45th Street, Apt 3
Harrisburg, PA 17111

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/cyh

cc:     Chapter 13 Trustee
        Via E-Service