HARVEST IHOP - MANASSAS MALL  
19971 Belmont Station Dr  
Ashburn VA 20147  

YDX1-1558  
ORG1: 300 Back of the House  
EE ID: 10555    DD  

DUANE RODGERS  
919 GIBSON BLVD  
HARRISBURG PA 17113  

### PERSONAL AND CHECK INFORMATION
Duane Rodgers  
919 Gibson Blvd  
Harrisburg, PA 17113  
**Employee ID:** 10555  

**Home Department:** 300 Back of the House  

**Pay Period:** 03/11/24 to 03/24/24  
**Check Date:** 04/02/24    **Check #:** 140122  

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 367 | 487.09 | 487.09 |
| **NET PAY** | **487.09** | **487.09** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 39.0000 | 14.0000 | 546.00 | 39.0000 | 546.00 |
| | Total Hours | 39.0000 | | | | |
| | Total Hrs Worked | 39.0000 | | | | |
| | Gross Earnings | | | 546.00 | | 546.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 33.85 | 33.85 |
| Medicare | | 7.92 | 7.92 |
| Fed Income Tax | SMS No | | |
| PA Income Tax | | 16.76 | 16.76 |
| PA Unemploy | | 0.38 | 0.38 |
| **TOTAL** | | **58.91** | **58.91** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 487.09 | 487.09 |

Payrolls by Paychex, Inc.  
0944 YDX1-1558 Harvest IHOP - Manassas Mall • 19971 Belmont Station Dr • Ashburn VA 20147

HARVEST IHOP - MANASSAS MALL
19971 Belmont Station Dr
Ashburn VA 20147

YDX1-1558
ORG1:300 Back of the House
EE ID: 10555    DD

DUANE RODGERS
919 GIBSON BLVD
HARRISBURG PA 17113

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Duane Rodgers | | |
| 919 Gibson Blvd | | |
| Harrisburg, PA 17113 | | |
| Employee ID: 10555 | | |

Home Department: 300 Back of the House

Pay Period: 03/25/24 to 04/07/24
Check Date: 04/16/24    Check #: 140158

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 367 | 540.79 | 1027.88 |
| **NET PAY** | **540.79** | **1027.88** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | 43.3000 | 14.0000 | 606.20 | 82.3000 | 1152.20 |
| | | Total Hours | 43.3000 | | | 82.3000 | |
| | | Total Hrs Worked | 43.3000 | | | | |
| | | Gross Earnings | | | 606.20 | | 1152.20 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 37.59 | 71.44 |
| | Medicare | | 8.79 | 16.71 |
| | Fed Income Tax | SMS  No | | |
| | PA Income Tax | | 18.61 | 35.37 |
| | PA Unemploy | | 0.42 | 0.80 |
| | **TOTAL** | | 65.41 | 124.32 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 540.79 | 1027.88 |

Payroll by Paychex, Inc.
0944 YDX1-1558  Harvest IHOP - Manassas Mall • 19971 Belmont Station Dr • Ashburn VA 20147

HARVEST IHOP - MANASSAS MALL
19971 Belmont Station Dr
Ashburn VA 20147

YDX1-1558
ORG1:300 Back of the House
EE ID: 10555    DD

DUANE RODGERS
919 GIBSON BLVD
HARRISBURG PA 17113

**PERSONAL AND CHECK INFORMATION**
Duane Rodgers
919 Gibson Blvd
Harrisburg, PA 17113
Employee ID: 10555

Home Department: 300 Back of the House

Pay Period: 04/08/24 to 04/21/24
Check Date: 04/30/24    Check #: 140189

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 387 | 634.21 | 1662.09 |
| NET PAY | 634.21 | 1662.09 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 50.7800 | 14.0000 | 710.92 | 133.0800 | 1863.12 |
| | Total Hours | 50.7800 | | | 133.0800 | |
| | Total Hrs Worked | 50.7800 | | | | |
| | Gross Earnings | | | 710.92 | | 1863.12 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 44.07 | 115.51 |
| Medicare | | 10.31 | 27.02 |
| Fed Income Tax | SMS  No | | |
| PA Income Tax | | 21.83 | 57.20 |
| PA Unemploy | | 0.50 | 1.30 |
| TOTAL | | 76.71 | 201.03 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 634.21 | 1662.09 |

Payrolls by Paychex, Inc.
0944 YDX1-1558  Harvest IHOP - Manassas Mall • 19971 Belmont Station Dr • Ashburn VA 20147

HARVEST IHOP - MANASSAS MALL  
19971 Belmont Station Dr  
Ashburn VA 20147

YDX1-1558  
ORG1:300 Back of the House  
EE ID: 10555  DD

DUANE ROGERS  
919 GIBSON BLVD  
HARRISBURG PA 17113

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Duane Rogers | | |
| 919 Gibson Blvd | | |
| Harrisburg, PA 17113 | | |
| Employee ID: 10555 | | |
| Home Department: 300 Back of the House | | |
| Pay Period: 04/22/24 to 05/05/24 | | |
| Check Date: 05/14/24  Check #: 140219 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 367 | 607.98 | 2270.07 |
| NET PAY | 607.98 | 2270.07 |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | 48.6800 | 14.0000 | 681.52 | 181.7800 | 2544.64 |
| | | Total Hours | 48.6800 | | | 181.7800 | |
| | | Total Hrs Worked | 48.6800 | | | | |
| | | Gross Earnings | | | 681.52 | | 2544.64 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 42.26 | 157.77 |
| | Medicare | | 9.88 | 36.90 |
| | Fed Income Tax | SMS  No | | |
| | PA Income Tax | | 20.92 | 78.12 |
| | PA Unemploy | | 0.48 | 1.78 |
| | TOTAL | | 73.54 | 274.57 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 607.98 | 2270.07 |

Payrolls by Paychex, Inc.  
0944 YDX1-1558  Harvest IHOP - Manassas Mall • 19971 Belmont Station Dr • Ashburn VA 20147

HARVEST IHOP - MANASSAS MALL
19971 Belmont Station Dr
Ashburn VA 20147

YDX1-1558
ORG1: 300 Back of the House
EE ID: 10555    DD

DUANE ROGERS
919 GIBSON BLVD
HARRISBURG PA 17113

### PERSONAL AND CHECK INFORMATION
Duane Rogers
919 Gibson Blvd
Harrisburg, PA 17113
Employee ID: 10555

Home Department: 300 Back of the House

Pay Period: 05/06/24 to 05/19/24
Check Date: 05/28/24    Check #: 140254

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 367 | 444.38 | 2714.45 |
| NET PAY | 444.38 | 2714.45 |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 35.5800 | 14.0000 | 498.12 | 217.3400 | 3042.76 |
| | Total Hours | 35.5800 | | | | |
| | Total Hrs Worked | 35.5800 | | | | |
| | Gross Earnings | | | 498.12 | | 3042.76 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 30.88 | 188.65 |
| Medicare | | 7.22 | 44.12 |
| Fed Income Tax | SMS  No | | |
| PA Income Tax | | 15.29 | 93.41 |
| PA Unemploy | | 0.35 | 2.13 |
| TOTAL | | 53.74 | 328.31 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 444.38 | 2714.45 |

Payrolls by Paychex, Inc.
0944 YDX1-1558 Harvest IHOP - Manassas Mall • 19971 Belmont Station Dr • Ashburn VA 20147

HARVEST IHOP - MANASSAS MALL  
19971 Belmont Station Dr  
Ashburn VA 20147

YDX1-1558  
ORG1:300 Back of the House  
EE ID: 10655    DD

DUANE ROGERS  
919 GIBSON BLVD  
HARRISBURG PA 17113

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Duane Rogers | | |
| 919 Gibson Blvd | | |
| Harrisburg, PA 17113 | | |
| Employee ID: 10655 | | |

Home Department: 300 Back of the House

Pay Period: 05/20/24 to 06/02/24  
Check Date: 06/11/24    Check #: 148287

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 367 | 619.96 | 3334.41 |
| NET PAY | 619.96 | 3334.41 |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | 49.6400 | 14.0000 | 694.96 | 266.9800 | 3737.72 |
| | | Total Hours | 49.6400 | | | 266.9800 | |
| | | Total Hrs Worked | 49.6400 | | | | |
| | | Gross Earnings | | | 694.96 | | 3737.72 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 43.09 | 231.74 |
| | Medicare | | 10.08 | 54.20 |
| | Fed Income Tax | SMS No | | |
| | PA Income Tax | | 21.34 | 114.75 |
| | PA Unemploy | | 0.49 | 2.62 |
| | TOTAL | | 75.00 | 403.31 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 619.96 | 3334.41 |

Paywise by Paychex, Inc.  
0944 YDX1-1558 Harvest IHOP - Manassas Mall • 19971 Belmont Station Dr • Ashburn VA 20147

HARVEST IHOP - MANASSAS MALL  
19971 Belmont Station Dr  
Ashburn VA 20147

YDX1-1558  
ORG1: 300 Back of the House  
EE ID: 10555    DD

DUANE ROGERS  
919 GIBSON BLVD  
HARRISBURG PA 17113

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Duane Rogers | | |
| 919 Gibson Blvd | | |
| Harrisburg, PA 17113 | | |
| Employee ID: 10555 | | |
| Home Department: 300 Back of the House | | |
| Pay Period: 06/03/24 to 06/16/24 | | |
| Check Date: 06/25/24   Check #: 140320 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 367 | 713.15 | 4047.56 |
| NET PAY | 713.15 | 4047.56 |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | 57.1000 | 14.0000 | 799.40 | 324.0800 | 4537.12 |
| | | Total Hours | 57.1000 | | | 324.0800 | |
| | | Total Hrs Worked | 57.1000 | | | | |
| | | Gross Earnings | | | 799.40 | | 4537.12 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 49.56 | 281.30 |
| | Medicare | | 11.59 | 65.79 |
| | Fed Income Tax | SMS  No | | |
| | PA Income Tax | | 24.54 | 139.29 |
| | PA Unemploy | | 0.56 | 3.18 |
| | TOTAL | | 86.25 | 489.56 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 713.15 | 4047.56 |

0944 YDX1-1558  Harvest IHOP - Manassas Mall • 19971 Belmont Station Dr • Ashburn VA 20147