IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
DUANE ANTHONY ROGERS : CASE NO. 1:24-bk-01727-HWV
aka DUANE A. ROGERS
aka DWAYNE ROGERS : CHAPTER 13
    Debtor

DUANE ANTHONY ROGERS
aka DUANE A. ROGERS
aka SWAYNE ROGERS
    Movant

v.

JACK N. ZAHAROPOULOS, ESQUIRE
M&T BANK
DAUPHIN COUNTY TAX CLAIM BUR.
PROPERTY MANAGEMENT INC.
    Respondents

## AMENDED ABBOTTS DAIRIES AFFIDAVIT

Debtor's counsel, Gary J. Imblum, Esquire, inquired with the realtor, Fran Valerio, and was informed of the following:

1. Subject property has been listed for sale since July 12, 2024 and listed as "coming soon".

2. Since July 17, 2024, the property was listed for sale at $189,900.00.

3. There were no adjustments to the listing price.

4. There were a total of 16 showings. There were more inquires from those who did not meet the 55+ age requirement.

5. There were four (4) total offers. All of the offers were comparable in price.

Case 1:24-bk-01727-HWV    Doc 20    Filed 08/15/24    Entered 08/15/24 14:58:46    Desc
Main Document    Page 1 of 2

6. The offer was accepted from the prospective buyer since it was a cash offer, he was flexible with the time of closing, he accepted the fact that items would be left behind and that the water and gas are presently shut off. The other offers were rejected for the following reasons:

    a. One offer was only $180,000.00;

    b. Another offer was only $218,000.00 and this offer was contingent on financing;

    c. The final offer that was rejected was actually $500.00 more than the sale price to the ultimate buyer. However, this offer had the lowest good faith deposit, and there were also some concerns with timing, as this buyer was relocating to the area.

7. There is no connection between the proposed buyer, its owner and/or investors, and the debtor.

Respectfully submitted,

Dated: 8/15/24

Gary J. Imblum
Attorney Id. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@ imblumlaw.com
Attorney for Debtor