UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DUANE ANTHONY ROGERS : CHAPTER 13
      Debtor :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
      Movant :
 :
vs. :
 :
DUANE ANTHONY ROGERS :
      Respondent : CASE NO. 1-24-bk-01727

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 29th day of August, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

1. Failure to properly state the liquidation value in Section 1B of the plan.

2. The Trustee avers that debtor's plan is not feasible based upon the following:

    a. The debtor is unable to make payments under the plan, contrary to § 1325(a)(6). (Debtor now has a different job making only $650.00 a month per his Section 341 testimony.)
    b. The plan fails to provide that the sale or refinance of debtor's real estate will occur within six (6) months.

3. The debtor has not demonstrated that all tax returns have been filed as required by § 1325(a)(9). (2021 through 2023 Federal)

4. The Trustee provides notice to the Court as to the ineffectiveness of debtor's Chapter 13 Plan for the following reasons:

    a. Paragraph 5; also, priority debt for fines owed to Cumberland County in Paragraph 36 should be paid Through the plan.

WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 29th day of August, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA 17111

/s/Deborah A. DePalma
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee