Certificate Number: 16339-PAM-DE-038817856

Bankruptcy Case Number: 24-01727


16339-PAM-DE-038817856

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on August 29, 2024, at 5:33 o'clock PM EDT, Duane Rogers completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 29, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor