**IMBLUM LAW OFFICES, P.C.**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

4615 DERRY STREET
HARRISBURG, PA 17111
Telephone: 717-238-5250
Facsimile: 717-558-8990
email: gary.imblum@imblumlaw.com

Gettysburg Telephone
717-337-0797
Lebanon Telephone
717-270-6989

November 7, 2024

### Via ECF Only

TO: US BANKRUPTCY COURT - CLERK

Re: Duane Anthony Rogers
Chapter 13 Bankruptcy Case No. 1-24-01727

Dear Clerk:

Please be advised that the address for Duane Anthony Rogers has changed to the following:

P.O. Box 4102
Harrisburg, PA 17111

The Debtors previous address was as follows:

145 Leonard Lane
Harrisburg, PA 17111

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/cyh

cc: Chapter 13 Trustee
Via E-Service

F:\BANKRUPT\CLIENTS\HARRISBURG\ROGERS Duane (Candys)\Pleadings & Creditors\Debtors Change of Address; DRAFTED 11-7-2024.wpd

Case 1:24-bk-01727-HWV    Doc 34    Filed 11/11/24    Entered 11/11/24 14:07:34    Desc