United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-01727-HWV |
| Duane Anthony Rogers | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2025 18:57:36 | Resurgent Capital Services, PO Box 19008, Greenville, NC 29602-9008 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Duane Anthony Rogers gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Sara A. Austin | on behalf of Creditor Meadowview Village Condominium Assoc. Inc. saa2@austinlawllc.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **DUANE ANTHONY ROGERS** | : | CASE NO. 1:24-bk-01727-HWV |
| a/k/a DUANE A. ROGERS | : | |
| a/k/a DWAYNE ROGERS | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| **DUANE ANTHONY ROGERS** | : | |
| a/k/a DUANE A. ROGERS | : | |
| a/k/a DWAYNE ROGERS | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| **PYOD, LLC** | : | |
| **RESURGENT CAPITAL SERVICES** | : | |
| Claimant | : | |

## ORDER

Upon consideration of Debtor's Objection to Proof of Claim #5 of PYOD, LLC, Resurgent Capital Services, and no responses having been filed, it is

**ORDERED** that the Objection is **SUSTAINED** and Claim #5 is disallowed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 18, 2025