United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-01727-HWV
Duane Anthony Rogers  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Apr 30, 2025  Form ID: pdf010  Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Duane Anthony Rogers, PO Box 4102, Harrisburg, PA 17111-0102 |
| cr | + | Meadowview Village Condominium Assoc. Inc., c/o Austin Law Firm LLC, 226 E. Market St., York, PA 17403-2001 |
| 5630503 | + | Cumberland County Clerk of Courts, 1 Courthouse Square, Room 205, Carlisle, PA 17013-3322 |
| 5645198 | + | Meadowview Village Condominium Assoc. Inc., c/o Sara A. Austin, Esq., 226 E. Market St., York, PA 17403-2001 |
| 5645193 | + | Meadowview Village Condominium Association Inc., c/o Sara A. Austin, Esq., 226 E. Market St., York, PA 17403-2001 |
| 5650126 | + | Meadowview Village Condominium Association, Inc., c/o Austin Law Firm LLC, 226 E. Market St., York, PA 17403-2001 |
| 5630506 | + | Property Management Inc, 350 Poplar Church Road, Camp Hill, PA 17011-2521 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5630502 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 30 2025 18:54:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5646235 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 30 2025 18:54:34 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5630500 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 30 2025 18:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5630504 | ^ | MEBN | Apr 30 2025 18:39:16 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5653406 | | Email/Text: camanagement@mtb.com | Apr 30 2025 18:42:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5630505 | | Email/Text: camanagement@mtb.com | Apr 30 2025 18:42:00 | M&T Bank, Post Office Box 1056, Buffalo, NY 14240-1056 |
| 5630501 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 30 2025 18:42:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5654387 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2025 18:54:28 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Duane Anthony Rogers gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Sara A. Austin | on behalf of Creditor Meadowview Village Condominium Assoc. Inc. saa2@austinlawllc.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| DUANE ANTHONY ROGERS, aka DUANE | : | |
| A ROGERS, aka DWAYNE ROGERS, | : | |
| | : | CASE NO. 1:24-bk-01727-HWV |
| Debtor. | : | |

## ORDER

Upon consideration of the Court's March 5, 2025 Order to Appear and Show Cause, Doc. 41, and the hearing held on April 30, 2025, during which the Debtor failed to satisfy the Show Cause Order, for the reasons stated on the record, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for compensation and expenses.

By the Court,

*/s/ Henry W. Van Eck*
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 30, 2025