# IMBLUM LAW OFFICES, P.C.

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

4615 DERRY STREET
HARRISBURG, PA 17111
Telephone: 717-238-5250
Facsimile: 717-558-8990
email: gary.imblum@imblumlaw.com

Gettysburg Telephone
717-337-0797
Lebanon Telephone
717-270-6989

May 8, 2025

**<u>Via ECF Only</u>**

TO:    US BANKRUPTCY COURT - CLERK

    RE:    Duane Anthony Rogers
           Chapter 13 Bankruptcy Case No. 1-24-01727

Dear Clerk:

Please be advised that the address for Duane Anthony Rogers has changed to the following:

    2400 Market Street
    Harrisburg, PA 17103

The Debtors <u>previous</u> address was as follows:

    Post Office Box 4102
    Harrisburg, Pa 17111

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/cyh

cc:    Chapter 13 Trustee
       Via E-Service